# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| S. B. T.<br>*Plaintiff*<br><br>v.<br><br>Karen D. Miller, et al.<br>*Defendants* | Case Number: 15-162-NJR-SCW |

## NOTICE OF STRIKING
## ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 4 & 5          DOCUMENT TITLE: Complaint & Motion for Permission to File Complaint Under a Pseudonym

One of the following errors/deficiencies has been identified in the document listed above:

☒    Other: See Section 2.1 of the CM/ECF User's Manual. The "s/" name on the document and the filer's login and password must be identical or the document may be stricken.

### ACTION TAKEN BY CLERK'S OFFICE

☒    Docket entries STRICKEN as ordered by the Court.

### ACTION REQUIRED BY FILER

☒    Documents must be re-filed.

Dated: February 13, 2015

JUSTINE FLANAGAN, Acting Clerk of Court

By:  *s/ Stacie Hurst*
       Deputy Clerk